118

PER CURIAM.

(No. 75-CC-161—

RAY E. BREEN, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed September 26, 1974.*

RAY F. BREEN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-195—

JAMES M. SEXTON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 26, 1974.*

JAMES M. SEXTON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.